NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES KADI,                              )
                                           )
        Appellant,                        )
                                           )
v.                                         )         Case No. 2D17-629
                                           )
MASSEY SERVICES, INC.,                     )
                                           )
        Appellee.                         )
_____  )

Opinion filed April 20, 2018.

Appeal from the Circuit Court for Polk
County; Keith P. Spoto, Judge.

Bard D. Rockenbach of Burlington &
Rockenbach, P.A., West Palm Beach and
Dean Burnetti of Dean Burnetti Law,
Lakeland, for Appellant.

Daniel J. Gerber, Lena Mirilovic, and
Christian H. Tiblier of Rumberger, Kirk &
Caldwell, Orlando, for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.